IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

RAYON PAYNE,
    Plaintiff,

V.                                                    Case No. 6:25-cv-1552

WENDY WILLIAMS BERGER,
CARLOS E. MENDOZA,
MARCIA MORALES HOWARD,
DANIEL IRICK,
LESLIE HOFFMAN PRICE,
ELIZABETH M. WARREN,
MICHAEL J. MCCLEARY,
JULIE S. SNEED,
DOES #1–10
    Defendants.
_____/

**NOTICE OF NON-SERVICE OF SUMMONS AND
DECLARATION OF SERVICE ATTEMPTED**

COMES NOW, the Plaintiff, Rayon Payne, and respectfully submits this Notice to inform the Court that service of the summons and complaint was attempted on the following named defendants, and not successfully completed as of this filing:

1. Wendy Williams Berger – Service attempted on August 13, 2025, at 401 West Central Boulevard, Orlando, FL 32801. Service was not completed. The process server was informed that judges cannot be served without a directive. (See attached Verified Return of Non-Service – Job Serial: ASH-2025009529.)

2. Carlos E. Mendoza, Marcia Morales Howard, Daniel Irick, Leslie Hoffman Price, Elizabeth M. Warren – Service attempted under similar circumstances at the U.S.

Courthouse. No defendant was personally served. The courthouse did not permit acceptance of service on behalf of any judicial officer named.

3. Michael J. McCleary – Service was attempted on August 14, 2025, at 6680 Corporate Centre Blvd, Orlando, FL 32822. The process server was informed that USCIS no longer accepts personal service for actions against the agency or its personnel and was directed to mail documents to the Office of Chief Counsel. However, Defendant McCleary is being sued in his individual capacity, and this refusal constituted an improper rejection of service. (See attached Verified Return of Non-Service – Job Serial: ASH-2025009535.)

NOTE: Defendant Julie J. Sneed is excluded from this notice as service has not yet been attempted on her.

Date: 8/ 20 /2025

Respectfully submitted,

_____
RAYON PAYNE, PRO SE
8815 Conroy Windermere Rd Ste. #208
Orlando Florida 32835
Tel: 863-485-0550
Email: kekomardi@gmail.com

## CERTIFICATE OF SERVICE

I, Rayon Payne, hereby certify that as of the date of this filing, no parties named in this action have been formally served with the Complaint or any associated motions. Accordingly, service of this document is not warranted at this time. This filing is being submitted in anticipation of future proceedings and will be served upon the appropriate parties once service of process is effected in accordance with Federal Rule of Civil Procedure 4.

Date: 8/ 20 /2025                                          Respectfully submitted,

_____
RAYON PAYNE, PRO SE

# ATTACHED