IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

RAYON PAYNE,
    Plaintiff,

V.                                        Case No. 6:25-cv-1552

WENDY BERGER, ET AL,
    Defendants.
_____/

**EMERGENCY MOTION TO CORRECT THE RECORD, WITHDRAW TAINTED PLEADINGS, AND REQUEST TO STAY OR VACATE PROCEEDINGS DUE TO FRAUD UPON THE COURT**

Plaintiff, Rayon Payne, pro se, respectfully moves this Court, pursuant to its inherent authority and Federal Rules of Civil Procedure 11 and 60(b), to:

1. Take judicial notice of fraud upon the court affecting both state and federal records that underlie this case and related proceedings;

2. Withdraw or stay all pleadings and litigation now before this Court that derive from the tainted record;

3. Preserve Plaintiff's rights to reassert claims on a corrected foundation once the fraud is addressed;

4. Grant any further relief needed to restore the integrity of these proceedings.

**I. INTRODUCTION**

5. This motion arises from newly discovered evidence of fraud upon the court that materially infected the factual and procedural record underlying this Court's jurisdiction and the conduct of this case.

6. For years, impacts from a series of ghostwritten filings orchestrated by a non-party attorney—David Blake Hutchinson, an Oregon attorney bar #151175—have distorted the litigation landscape in multiple tribunals, including:

   - Florida state courts (trial, appellate, and Florida Supreme Court),
   - The Middle District of Florida,
   - The Eleventh Circuit Court of Appeals, and
   - The United States Supreme Court.

7. This Court's past rulings, including those entering procedural dispositions or motions based on that corrupted record, are therefore compromised.

## II. STATEMENT OF RELEVANT FACTS

8. Parental Relationship and Standing

   - Plaintiff is the biological father of a minor child he shares with Juliya Star.
   - Litigation concerning custody and related civil issues involving that child directly contributed to the underlying state court proceedings whose records now form the basis for this federal case.

9. Ghost-Filing and Unauthorized Practice of Law

   - Metadata and filed pleadings reflect that David Blake Hutchinson, an attorney licensed in Oregon bar #151175, but not licensed in Florida or California, repeatedly ghostwrote legal filings and court communications:
   - In four Florida civil cases (three involving Jermaine Carlos Diaz using email jermainediaz@mailfence.com, one involving Juliya Star using email julistar7@proton.me) (2024-CA-010589-O, 2024-CA-007880-O, 2024-CA-007719-O, 2019-CA-008025-O), in the Ninth Judicial Circuit Court.

2

- Using encrypted emails and false fronts;
- With no appearance as counsel of record.

10. Hutchinson simultaneously ghost-filed pleadings in the Placer County Superior Court (CA) family court matter involving Plaintiff and his minor child — despite having no licensure in California.

11. Hidden Abuse and New Evidence
    - In November 2025, Plaintiff obtained a Sacramento Police Report documenting physical abuse of his minor child by Star occurring in April 2025—a matter wholly outside the state record known to the Court at the time.
    - In December 2025, Plaintiff obtained a Sacramento County Child Protective Services (CPS) Report, confirming:
        - Ongoing abuse of the child since approximately age 12.
        - That David Hutchinson was identified by CPS as a "family friend" with actual knowledge of the abuse, yet failed to report it.
    - These material facts were never part of the trial court record in Florida, the Florida Supreme Court record, or any federal court filings until late 2025.

12. Contamination of Federal Proceedings
    - Based on the corrupted state court record, Plaintiff filed:
        - A 42 U.S.C. § 1983 civil rights complaint in this Court;
        - A 42 U.S.C. § 1985(3) civil conspiracy complaint in this Court;
        - Multiple judicial complaints and related filings in the Middle District of Florida and on appeal.

- This Court's and the Eleventh Circuit's subsequent actions—notably the middle district rulings and appellate rulings—have therefore been applied to a record infected by fraud upon the court.
- Hutchinson then took rulings from the Middle District and Eleventh Circuit and used them in unrelated California proceedings, further spreading the tainted record into state family court.

### III. LEGAL STANDARD

13. A federal court has inherent authority to act where its proceedings are tainted by fraud upon the court, including:
    - Vacating or correcting a judgment procured by fraud;
    - Reopening proceedings to ensure due process;
    - Exercising its authority under Federal Rules of Civil Procedure Rule 11 (litigant obligation of candor) and Rule 60(b) (relief from judgment for fraud and extraordinary circumstances).

14. Under <u>Hazel-Atlas Glass Co. v. Hartford-Empire Co.</u>, 322 U.S. 238 (1944), fraud that defiles the integrity of the judicial process cannot be tolerated, and courts must act to correct the record when such fraud becomes known.

### IV. DEMONSTRATED DILIGENCE

15. Plaintiff could not have raised the above fraud issues earlier because:
    a. The CPS and police reports were not available until November–December 2025;
    b. Hutchinson's role was concealed in encrypted emails and ghostwritten filings;

4

    c. Metadata linking Hutchinson to the filings only became apparent with cross-jurisdictional review.

16. Plaintiff has acted promptly upon discovery of these new, material facts by informing multiple tribunals, including this Court.

## V. REQUEST FOR RELIEF

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that this Court:

    A. Take judicial notice of the fraud upon the court reflected in these newly discovered materials;

    B. Vacate, stay, or withdraw all proceedings, orders, and filings that depend on the tainted state court record;

    C. Preserve Plaintiff's ability to refile claims based on a corrected and uncontaminated record;

    D. Issue any other such relief as may be necessary to restore the integrity of the judicial process.

Date: 1/19/2026

Respectfully submitted,

/s/ Rayon Payne

RAYON PAYNE, PRO SE
8815 Conroy Windermere Rd
Ste. #208
Orlando Florida 32835
Tel: 863-485-0550
Email: kekomardi@gmail.com

## DECLARATION UNDER PENALTY OF PERJURY

I, Rayon Payne, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief. I make this declaration based on personal knowledge, public records, and materials in my possession, including—but not limited to—police reports, CPS findings, email correspondence with metadata, court filings, and other relevant documentation. I am prepared to submit any supporting materials referenced herein under seal or as otherwise directed by the Court.

Executed on this 19th day of January, 2026, in Orlando, FL.

Signature: _____

Name: Rayon Payne

## DECLARATION UNDER PENALTY OF PERJURY

I, Rayon Payne, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief. I make this declaration based on personal knowledge, public records, and materials in my possession, including—but not limited to—police reports, CPS findings, email correspondence with metadata, court filings, and other relevant documentation. I am prepared to submit any supporting materials referenced herein under seal or as otherwise directed by the Court.

Executed on this 19th day of January, 2026, in Orlando, Fl..

Signature: _____

Name: Rayon Payne

6